Form: ICB-12003-01 rev. 01



**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in compliance with D.N.J. LBR 9004-2(c)**

ISABEL C. BALBOA
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
CHAPTER 13 STANDING TRUSTEE
CHERRY TREE CORPORATE CENTER
535 ROUTE 38, SUITE 580
CHERRY HILL, NJ  08002-2977

**Order Filed on February 13, 2015
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    MICHAEL A. ANTINORE
    KATIE ANTINORE

                  Debtor(s)

Case No.:      14-32471-ABA

Hearing Date:

Judge:      Judge Andrew B. A

## ORDER DISMISSING CHAPTER 13 CASE

The relief set forth on the following pages, numbered two (2) through two (2.00) is hereby
**ORDERED**.

**DATED: February 13, 2015**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor:    MICHAEL A. ANTINORE KATIE ANTINOI
Case No.:  14-32471-ABA
Caption of Order: ORDER DISMISSING CHAPTER 13 CASE

---

**THIS MATTER** having come before the court on the confirmation of the debtor(s) Chapter 13 plan, and good cause appearing, it is hereby

**ORDERED** that the the above captioned case is hereby dismissed for the debtor(s) failure to:

file tax returns;

make all required pre-confirmation payments to the Trustee;

provide all required documents to the Trustee;

attend Confirmation Hearing;